**Order entered July 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01545-CV

### BROYHILL FURNITURE INDUSTRIES, INC. AND RANDY LAVERCOMBE, Appellants

### V.

### RANDY MURPHY AND DAVE SHAFFER, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13276**

## ORDER

We **GRANT** appellants' June 21, 2013 motion to extend time to file a rehearing.

Appellants' motion for rehearing is due July 22, 2013.

/s/     MOLLY FRANCIS
        JUSTICE